JAN 1 1 2024

CLERK U.S. DISTRICT COURT
NORFOLK, VA

FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA )
)  CASE NO. 4:24mj2
v. )
)  COURT DATE: January 29, 2024
ELIZABETH J. JAVERT-GUIDI )

CRIMINAL INFORMATION

CHARGE ONE

Ticket No. 7024780

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 3, 2023, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, ELIZABETH J. JAVERT-GUIDI, did intentionally steal or purloin, or knowingly convert to her use or use of another, property of the United States, to wit: government property valued at the amount of $327.90. (In violation of Title 18, United States Code, Section 641).

JESSICA D. ABER
United States Attorney

BY: /s/
Joshua N. Stuckey
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 764-4117
Email: joshua.stuckey.2@us.af.mil

## CERTIFICATE OF SERVICE

I, Joshua N. Stuckey, hereby certify that on January 11, 2023, I caused a true and correct copy of the foregoing criminal information to be given to the defendant, ELIZABETH J. JAVERT-GUIDI.

                        JESSICA D. ABER
                        United States Attorney

BY: _____
Joshua N. Stuckey
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9117
Email: joshua.stuckey.2@us.af.mil